IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:12CR421 |
| vs. ) | |
| ) | ORDER |
| LOUIS SAUNSOCI, ) | |
| ) | |
| Defendant. ) | |

Defendant Louis Saunsoci (Saunsoci) appeared before the court on October 8, 2014, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 34). Saunsoci was represented by Casey J. Quinn and the United States was represented by Assistant U.S. Attorney Michael P. Norris. Through his counsel, Saunsoci waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find the Petition alleges probable cause and Saunsoci should be held to answer for a final dispositional hearing before Senior Judge Joseph F. Bataillon.

The government moved for detention. Through counsel, Saunsoci declined to present any evidence or request a hearing on the issue of detention. Since it is Saunsoci's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence he is neither a flight risk nor a danger to the community, the court finds Saunsoci has failed to carry his burden and Saunsoci should be detained pending a dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Senior Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 8:30 a.m. on December 4, 2014**. Defendant must be present in person.

2. Defendant Louis Saunsoci is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 8th day of October, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge